**ARTHUR D. SPATT**
*United States District Judge*

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF NEW YORK
POST OFFICE BOX 9014
CENTRAL ISLIP, NEW YORK 11722-9014

July 28, 2006

Hon. Ortrie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of
  the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

Dear Judge Smith:

In response to your letter of July 20th, please be advised that in my Financial Disclosure return for 2005, Part VII, page 7, lines 64 and 65, I erroneously listed value method code "V". The correct value method code should be "T".

I appreciate this opportunity to amend my return to reflect the correct value code for these two listings.

Sincerely yours,



ARTHUR D. SPATT

ADS:mk

RECEIVED 2006 AUG -1 A 11: 06 FINANCIAL DISCLOSURE OFFICE

| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Spatt, Arthur D | Eastern District of New York | 05/08/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Senior | ☐ Nomination, Date     ☐ Initial   ☒ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Long Island Federal Courthouse <br> P.O. Box 9014 <br> Central Islip, New York 11722 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1979 | Prior pension and profit-sharing plans rolled over (See Rider 1 annexed hereto) |
| 2. | Individual Retirement "Keogh" Plan (See Rider 2 annexed) |
| 3. | |

RECEIVED 2006 MAY 15 A 11: 45 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 12/27/89 | New York State Retirement Pension | $ 17,457.96 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spatt, Arthur D | 05/08/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spatt, Arthur D | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. STOCKS | | | | | | | | | |
| 2. AIRTOUCH COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 3. AMERITECH - COMMON | A | Dividend | J | T | | | | | |
| 4. AT&T - COMMON | A | Dividend | J | T | | | | | |
| 5. AT&T Wireless Services | A | Dividend | J | T | | | | | |
| 6. BELL ATLANTIC - COMMON | A | Dividend | J | T | | | | | |
| 7. BELL SOUTH - COMMON | A | Dividend | J | T | | | | | |
| 8. CHEVRON - TEXACO | A | Dividend | K | T | | | | | |
| 9. COMCAST - COMMON | A | Dividend | J | T | | | | | |
| 10. EASTMAN KODAK - COMMON | A | Dividend | J | T | | | | | |
| 11. PACIFIC TELESIS - COMMON | A | Dividend | J | T | | | | | |
| 12. PEPSICO - COMMON | A | Dividend | K | T | | | | | |
| 13. SOUTHWESTERN BELL - COMMON | A | Dividend | J | T | | | | | |
| 14. U.S. WEST - COMMON | A | Dividend | J | T | | | | | |
| 15. XEROX - COMMON | A | Dividend | J | T | | | | | |
| 16. U.S. WEST MEDIA GROUP | A | Interest | J | T | | | | | |
| 17. EASTMAN CHEMICAL CO. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Spatt, Arthur D | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AIRTOUCH COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 19. LUCENT TECHNOLOGIES, INC. | A | Dividend | J | T | | | | | |
| 20. NCR CORP. | A | Dividend | J | T | | | | | |
| 21. TRICON GLOBAL | A | Dividend | J | T | | | | | |
| 22. SBC COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 23. COMPAQ COMPUTER | A | Dividend | K | T | | | | | |
| 24. GENERAL ELECTRIC CO. | A | Dividend | J | T | | | | | |
| 25. AGERE SYSTEMS, INC. | A | Dividend | J | T | | | | | |
| 26. YUM BRANDS, INC. | A | Dividend | J | T | | | | | |
| 27. HEWLETT PACKARD CO. | A | Dividend | J | T | | | | | |
| 28. QWEST COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 29. CHESAPEAKE UTILITIES CORP. | A | Dividend | J | T | BUY | 5/1 | J | | |
| 30. VODAFONE | A | Dividend | J | T | BUY | 5/1 | J | | |
| 31. LIMITED PARTNERSHIP | | | | | | | | | |
| 32. BERKSHIRE LAND VENTURE CO. | A | Dividend | J | U | | | | | |
| 33. BERKSHIRE LAND VENTURE CO. | A | Interest | J | U | | | | | |
| 34. INTEREST | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. NORTH FORK BANK, including IRA accounts & cash | A | Interest | L | T | | | | | Name of Bank changed |
| 36. Portion of Pension Plan Rolled Over (See Part II) | | | | | | | | | |
| 37. J.P. Morgan Chase Bank | A | Interest | K | T | | | | | Bank account closed |
| 38. BONDS | | | | | | | | | |
| 39. NEW YORK STATE HOUSING FINANCE AGENCY | D | Interest | L | T | | | | | |
| 40. POWER AUTHORITY OF NY | C | Interest | K | T | | | | | |
| 41. DORMITORY AUTHORITY OF NY | D | Interest | L | T | | | | | |
| 42. DORMITORY AUTHORITY OF NY | D | Interest | L | T | | | | | |
| 43. DORMITORY AUTHORITY OF NY | D | Interest | L | T | | | | | |
| 44. STATE OF ISRAEL BONDS | A | Interest | J | T | | | | | |
| 45. N.Y. STATE THRUWAY | A | Interest | J | T | | | | | |
| 46. COUNTY OF WASHINGTON | B | Interest | K | T | | | | | |
| 47. NEW YORK STATE URBAN DEV. | A | Interest | J | T | | | | | |
| 48. SOMERS NY CENTRAL SCHOOL DIST. | A | Interest | J | T | | | | | |
| 49. NY STATE THRUWAY AUTHORITY | A | Interest | J | T | | | | | |
| 50. NYC TRANSITIONAL FINANCE AUTH. | A | Interest | J | T | | | | | |
| 51. NYS DEPT. OF HEALTH | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spatt, Arthur D | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. N.Y. STATE DORMITORY AUTH. ROCHESTER | A | Interest | K | T | | | | | |
| 53. WARWICK NY CENTRAL S/D | A | Interest | K | T | | | | | |
| 54. OTSEGO COUNTY | A | Interest | K | T | | | | | |
| 55. NEW YORK STATE ENVIRONMENTAL | A | Interest | J | T | | | | | |
| 56. BRIARCLIFF MANOR | A | Interest | J | T | | | | | |
| 57. GREECE NY CSD | A | Interest | K | T | | | | | |
| 58. SCOTIA GLENVILLE, NY | A | Interest | K | T | | | | | |
| 59. Rochester, NY | A | Interest | J | T | | | | | |
| 60. North Colonie School Dist. | A | Interest | K | T | | | | | |
| 61. Port Authority NY & NJ | A | Interest | K | T | | | | | |
| 62. L.I. Power Authority | A | Interest | J | T | | | | | |
| 63. Triborough Bridge & Tunnel Authority | A | Interest | K | T | | | | | |
| 64. NY STATE DORMITORY AUTHORITY | B | Interest | K | V | BUY | 5/19 *9/2* | K | | |
| 65. NORTHPORT-E.NORTHPORT | A | Interest | K | V | BUY | 12/7 | K | | |
| 66. IRA STOCKS | | | | | | | | | |
| 67. ALLEGHENY ENERGY INC. | A | Dividend | J | T | | | | | |
| 68. AMERICAN ELECTRIC POWER CO., INC. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spatt, Arthur D | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CASCADE NATURAL GAS CORP. | A | Dividend | J | T | | | | | |
| 70. CENTRAL & SOUTH WEST CORP. | A | Dividend | J | T | | | | | |
| 71. CONNECTIV INC. | A | Dividend | J | T | | | | | |
| 72. CONNECTIV INC. CL A | A | Dividend | J | T | | | | | |
| 73. ENERGY EAST CORP.. | A | Dividend | K | T | | | | | |
| 74. ENOVA CORP. | A | Dividend | J | T | | | | | |
| 75. FPL GROUP INC. | A | Dividend | J | T | | | | | |
| 76. FIRST ENERGY CORP. | A | Dividend | J | T | | | | | |
| 77. MIDAMERICAN ENERGY HOLDINGS CO. | A | Dividend | J | T | | | | | |
| 78. NEVADA POWER CO. | A | Dividend | J | T | | | | | |
| 79. NEW ENGLAND ELECTRIC SYSTEM | A | Dividend | J | T | | | | | |
| 80. POTOMAC ELECTRIC POWER CO. | A | Dividend | J | T | | | | | |
| 81. TEXAS UTILITIES CO. (Holding Co.) | B | Dividend | K | T | | | | | |
| 82. TEXAS UTILITIES | A | Dividend | J | T | | | | | |
| 83. WESTERN RESOURCES INC. (Western Energy, Inc.) | A | Dividend | J | T | | | | | |
| 84. PMC CAPITAL INC. | A | Dividend | J | T | | | | | |
| 85. ROCHESTER GAS & ELECTRIC CORP. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spatt, Arthur D | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SEMPA ENERGY | A | Dividend | J | T | | | | | |
| 87. SIERRA PACIFIC | A | Dividend | J | T | | | | | |
| 88. PEPCO HOLDINGS, INC. | A | Dividend | J | T | | | | | |
| 89. EAGLE MERGER CORP. | A | Dividend | J | T | | | | | |
| 90. RGS ENERGY GROUP, INC. | A | Dividend | J | T | | | | | |
| 91. OCCIDENTAL PETROLEUM CORP. | A | Dividend | J | T | BUY | 1/18 | J | | |
| 92. KIMBERLY-CLARK CORP. | A | Dividend | J | T | BUY | 1/18 | J | | |
| 93. CISCO SYSTEMS INC. | A | Dividend | J | T | BUY | 1/18 | J | | |
| 94. JOHNSON & JOHNSON | A | Dividend | J | T | BUY | 1/18 | J | | |
| 95. PMC COMMERCIAL TRUST | A | Dividend | J | T | BUY | 5/1 | J | | |
| 96. THE SOUTHERN COMPANY | A | Dividend | J | T | BUY | 5/1 | J | | |
| 97. WESTSTAR ENERGY | A | Dividend | J | T | BUY | 5/1 | J | | |
| 98. PUGET ENERGY INC. | A | Dividend | J | T | BUY | 5/1 | J | | |
| 99. CHESAPEAKE UTILITIES CORP. | A | Dividend | J | T | BUY | 5/1 | J | | |
| 100. VERIZON COMMUNICATIONS | A | Dividend | J | T | BUY | 5/1 | J | | |
| 101. CORPORATE BONDS | | | | | | | | | |
| 102. TENESSEE VALLEY AUTHORITY Power Bond 1993 Series C | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Spatt, Arthur D | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. COMMONWEALTH EDISON CO. 8.625% Due 2/1/2002 | A | Interest | J | T | | | | | |
| 104. OPPENHEIMER HIGH YIELD FUND A (See Rider 2) | B | Dividend | L | T | | | | | |
| 105. WARWICK NY CENT. | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spatt, Arthur D | 05/08/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

RIDER 1 (Response to "II - AGREEMENTS" -- first page)

As a former participating member of the Spatt & Bauman, P.C. pension and profit-sharing plan, when I withdrew from the firm and the practice of law, my share of the pension plan was severed and "rolled over." The funds were not used and were placed in individual retirement accounts in two types of investments as follows:

a) bonds and stocks in the aggregate value of $269,327.53 as of December 31, 2005.

b) cash in the North Fork Savings Bank, Hewlett, New York branch, in the sum of $32,105.70 as of December 31, 2005.

RIDER 2 (Response to "II - AGREEMENTS" -- first page)

Prior to entering into the Spatt & Bauman, P.C. pension plan, when I was a single practitioner I started an individual retirement "Keogh Plan." When I withdrew from the practice of law, I "rolled over" the Keogh Plan, and it remains in that unused condition. The "Keogh" funds are in an Oppenheimer High Yield Fund and are in the value of approximately $93,246.05 as of December 31, 2005.

| Name of Person Reporting | Date of Report |
|---|---|
| Spatt, Arthur D | 05/08/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date \_\_\_5/8/06_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544